UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No.  4:11CV1719  HEA ) |
| ST. LOUIS MINORITY SUPPLIER DEVELOPMENT COUNCIL, INC., | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the telephonic scheduling conference previously set in this matter for Thursday, January 12, 2012, at 2:00 p.m. is reset to 11:30 a.m.  The Court will initiate the conference call.

Dated this 6th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE