UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ST. LOUIS MINORITY SUPPLIER DEVELOPMENT COUNCIL, INC., )<br>)<br>Defendant. ) | Case No. 4:11CV1719 HEA |

## **ORDER**

**IT IS HEREBY ORDERED** that the telephonic scheduling conference previously set in this matter for Thursday, January 12, 2012, at 2:00 p.m. is reset to 11:30 a.m. The Court will initiate the conference call.

Dated this 6th day of January, 2012.

                                        HENRY EDWARD AUTREY
                                   UNITED STATES DISTRICT JUDGE